THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREYMAN SANCHEZ, Appellant. [697 NYS2d 527] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered April 18, 1996, convicting him of murder in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence adduced at trial was legally insufficient to support his conviction is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of depraved indifference murder beyond a reasonable doubt (*see, People v White,* 191 AD2d 604; *People v Sosa,* 181 AD2d 532). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. Santucci, J. P., Thompson, Sullivan and Friedmann, JJ., concur.